16-10240
16-1023

# CERTIFICATE OF SERVICE

I, PATRICK HUTCHISON (name), certify that service of this summons and a copy of the complaint was made 02/26/2016 (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: BAER, TIMBERLAKE, COULSON & CATES
P.O. BOX 18486
OKLAHOMA CITY, OK 73154-0486

FILED
APR 22 2016
GRANT PRICE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY _____ DEPUTY

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 02/26/2016      Signature _____
                     Print Name: PATRICK HUTCHISON
                     Business Address: 1568 SW 43RD ST
                                       OKLAHOMA CITY, OK 73119